LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 30333

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Interest of JK

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 09-12071)

K. HAMAKADO CLERK, APPELLATE COURTS STATE OF HAWAI'I

2010 AUG -4 AM 11:48

FILED

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon review of the record, it appears that: (1) on February 10, 2010, Father-Appellant (Appellant) filed a notice of appeal; (2) on March 22, 2010, the appellate clerk filed a notice of entering case on calendar and notified Appellant the jurisdictional statement was due on March 27, 2010 and the opening brief was due on April 21, 2010; (3) Appellant filed the jurisdictional statement, but he did not file the opening brief; (4) on June 17, 2010, the appellate clerk informed Appellant (a) the time for filing the opening brief expired; (b) the matter would be called to the attention of the court on June 24, 2010 for such action as the court deemed proper; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the required document or seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, August 4, 2010.

Chief Judge

Associate Judge

Associate Judge